1  MICHAEL R. LOZEAU (State Bar No. 142893)
   DOUGLAS J. CHERMAK (State Bar No. 233382)
2  Law Office of Michael R. Lozeau
   1516 Oak Street, Suite 216
3  Alameda, CA 94501
   Tel: (510) 749-9102
4  Fax: (510) 749-9103 (fax)
   E-mail: mrlozeau@lozeaulaw.com
5
   ANDREW L. PACKARD (State Bar No. 168690)
6  MICHAEL P. LYNES (State Bar No. 230462)
   Law Offices of Andrew L. Packard
7  319 Pleasant Street
   Petaluma, CA 94952
8  Tel: (707) 763-7227
   Fax: (415) 763-9227
9  E-mail: andrew@packardlawoffices.com

10 Attorneys for Plaintiff CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

11 DOWNEY BRAND LLP
   CLIFTON J. MCFARLAND (Bar No. 136940)
12 NICOLE E. GRANQUIST (Bar No. 199017)
   GREGORY T. BRODERICK (BAR No. 220871)
13 555 Capitol Mall, Tenth Floor
   Sacramento, CA 95814-4686
14 Telephone: (916) 444-1000
   Facsimile: (916) 444-2100
15 cmcfarland@downeybrand.com
   ngranquist@downeybrand.com
16 gbroderick@downeybrand.com

17 Attorneys for Defendant OLDCASTLE PRECAST, INC

18              **UNITED STATES DISTRICT COURT**

19              **EASTERN DISTRICT OF CALIFORNIA**

20

21

22 CALIFORNIA SPORTFISHING
   PROTECTION ALLIANCE, a non-profit        Case No. 2:07-CV-02534-WBS-JFM
   corporation,
23                                           **STIPULATION AND [PROPOSED]**
              Plaintiff,                     **ORDER TO RESCHEDULE THE CASE**
24      vs.                                  **MANAGEMENT CONFERENCE FOR**
                                             **MAY 19, 2008.**
25 OLDCASTLE PRECAST, INC., a
   corporation
26
              Defendant.
27

28

STIPULATION TO RESCHEDULE THE CMC;                    CASE NO. 2:07-CV-02534-WBS-JFM
[PROPOSED] ORDER                                                1
924546.1

1   WHEREAS, on May 5, 2008, at 2:00 p.m., Plaintiff California Sportfishing Protection
2   Alliance and Defendant Oldcastle Precast, Inc., (collectively referred to as the "Parties") are
3   scheduled to appear before Judge Shubb for a Case Management Conference for *California*
4   *Sportfishing Protection Alliance v. Oldcastle Precast, Inc.* Case No. 2:07-CV-02534-WBS-KJM.
5   WHEREAS, the Parties have exchanged draft settlement agreements and are interested in
6   further exploring settlement negotiations in this case.
7   WHEREAS, any settlement in this case may be affected by California Department of
8   Transportation's ("Caltrans") taking of part of the property that is at issue in the Complaint.
9   WHEREAS, Caltrans had its first public hearing regarding the taking of part of the
10  property on April 16, 2008, and is scheduled to make a final decision sometime in May 2008.
11  WHEREAS, the Parties agreed, upon the Court's approval, to reschedule the Case
12  Management Conference for May 19, 2008, to provide further opportunity to explore settlement
13  negotiations with more knowledge of Caltrans' taking of part of the property.
14  NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the
15  Parties that:
16  1. The Case Management Conference set for May 5, 2008, be rescheduled for May 19,
17  2008.
18  2. The deadline to file the Joint Status Report be rescheduled for May 9, 2008.
19  WHEREFORE, the Parties respectfully request the Court to approve and enter the Order
20  below.
21
22  Dated: May 1, 2008          By:  /s/ *Douglas J. Chermak*_____
                                     Douglas J. Chermak
23                                   Attorney for Plaintiff
                                     CALIFORNIA SPORTFISHING
24                                   PROTECTION ALLIANCE
25
26  Dated: May 1, 2008          By:  /s/ *Gregory T. Broderick* (as authorized on 5/1/2008)
                                     Gregory T. Broderick
27                                   Attorney for Defendant
                                     OLDCASTLE PRECAST, INC.
28

STIPULATION TO RESCHEDULE THE CMC;                    CASE NO. 2:07-CV-02534-WBS-JFM
[PROPOSED] ORDER                          2
924546.1

**ORDER**

Based on the foregoing stipulation, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the Case Management Conference set for May 5, 2008, is rescheduled for **May 19, 2008 at 2:00 p.m.**  The parties shall file a status conference report by May 9, 2008.

IT IS SO ORDERED.

Dated:  May 2, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE