LOZEAU DRURY LLP
MICHAEL R. LOZEAU (Bar No. 142893)
DOUGLAS J. CHERMAK (Bar No. 233382)
1516 Oak St., Ste. 216
Alameda, CA, 94501
Telephone: (510) 749-9102
Facsimile: (510) 749-9103
michael@lozeaudrury.com
doug@lozeaudrury.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

DOWNEY BRAND LLP
CLIFTON J. McFARLAND (Bar No. 136940)
NICOLE E. GRANQUIST (Bar No. 199017)
GREGORY T. BRODERICK (Bar No. 220871)
555 Capitol Mall, Tenth Floor
Sacramento, CA  95814-4686
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
cmcfarland@downeybrand.com
nbader@downeybrand.com
gbroderick@downeybrand.com

Attorneys for Defendant
OLDCASTLE PRECAST, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>            Plaintiff,<br><br>v.<br><br>OLDCASTLE PRECAST, INC., a corporation,<br><br>            Defendant. | Case No.  2:07−CV−02534−WBS−JFM<br><br>**STIPULATION and [PROPOSED] ORDER EXTENDING THE TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Plaintiff California Sportfishing Protection Alliance ("CSPA") and Defendant Oldcastle Precast, Inc. ("Oldcastle"), hereby stipulate to extending the time to respond to Plaintiff's Complaint.  The original due date to answer Plaintiff's Complaint was May 19, 2008.  Based on a prior stipulation between the parties, the current due date for Defendants' response is June 18, 2008.  Previous extensions to respond thus total 30 days.  With this extension, the response to the

933947.2                                                                1

1 | Complaint will be due July 23, 2008.

2 |     Counsel for CSPA and Oldcastle have exchanged draft settlement proposals and counter-
3 | proposals, have made progress towards resolution, and believe it likely that this case will be
4 | resolved without significant judicial involvement.  Thus, pursuant to Local Rule 6-144(a), the
5 | parties hereby stipulate to extend the time in which Defendants may file their Answer or
6 | otherwise move with respect to Plaintiff's Complaint by 35 days, up to and including July 23,
7 | 2008.

8 |     Respectfully Submitted,

9 | DATED:  June 17, 2008    DOWNEY BRAND LLP

11 | By:  /s/ Gregory T. Broderick
    GREGORY T. BRODERICK
12 |     Attorney for Defendants
    OLDCASTLE PRECAST, INC.

15 | DATED:  June 17, 2008    LOZEAU DRURY LLP

17 | By:  /s/ Douglas J. Chermak
    DOUGLAS J. CHERMAK
18 |     Attorney for Plaintiff
    CALIFORNIA SPORTFISHING
19 |     PROTECTION ALLIANCE

21 | **IT IS SO ORDERED:**

23 | DATED:  June 18, 2008

25 | WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

933947.2

2

STIPULATION and {PROPOSED} ORDER EXTENDING TIME TO RESPOND TO PLAINTIFF'S COMPLAINT