DOWNEY BRAND LLP
CLIFTON J. McFARLAND (Bar No. 136940)
NICOLE E. GRANQUIST (Bar No. 199017)
GREGORY T. BRODERICK (Bar No. 220871)
621 Capitol Mall, Eighteenth Floor
Sacramento, CA  95814-4686
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
cmcfarland@downeybrand.com
nbader@downeybrand.com
gbroderick@downeybrand.com

Attorneys for Defendant
Oldcastle Precast, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>OLDCASTLE PRECAST, INC., a corporation,<br><br>Defendant. | Case No.  2:07-cv-02534-WBS-JFM<br><br>**STIPULATION TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE; [P<s>ROPOSED</s>] ORDER GRANTING DISMISSAL WITH PREJUDICE [FRCP 41(a)(2)]** |

WHEREAS, on or about August 8, 2007, Plaintiff California Sportfishing Protection Alliance ("CSPA") provided Defendant Oldcastle Precast, Inc. ("Defendant") with a Notice of Violation and Intent to File Suit ("60-Day Notice Letter") under Section 505 of the Federal Water Pollution Control Act (the "Act" or "Clean Water Act"), 33 U.S.C. § 1365.

WHEREAS, on November 26, 2007, CSPA filed its Complaint against Defendant in this Court (*California Sportfishing Protection Alliance v. Oldcastle Precast Inc.*, Case No. 2:07-cv-02534-WBS-JFM).

WHEREAS, Oldcastle denies any and all of the claims made in CSPA's 60-Day Notice Letter and Complaint.

WHEREAS, CSPA and Defendant, through their authorized representatives and without either adjudication of CSPA's claims or admission by Defendant of any alleged violation or other wrongdoing, have chosen to resolve in full CSPA's allegations in the 60-Day Notice Letter and Complaint through settlement and avoid the cost and uncertainties of further litigation. A copy of the Settlement Agreement entered into by and between CSPA and Defendant is attached hereto as Exhibit 1 and incorporated by reference.

WHEREAS, the parties submitted the Settlement Agreement via certified mail, return receipt requested, to the U.S. EPA and the U.S. Department of Justice and the 45-day review period set forth at 40 C.F.R. § 135.5 has been completed without objection by the agencies.

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the parties that CSPA's claims, as set forth in the Notice and Complaint, be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). The parties respectfully request an order from this Court dismissing such claims with prejudice. In accordance with paragraphs 2 and 19 of the Settlement Agreement, the parties also request that this Court retain and have jurisdiction over the Parties with respect to disputes arising under the agreement.

DATED: December 1, 2008         LOZEAU DRURY LLP


                                By: /s/ Douglas J. Chermak
                                    DOUGLAS J. CHERMAK
                                    Attorney for Plaintiff
                                    California Sportfishing Protection Alliance

DATED: December 1, 2008         DOWNEY BRAND LLP


                                By: /s/ Gregory T. Broderick
                                    GREGORY T. BRODERICK
                                    Attorney for Defendant
                                    Oldcastle Precast, Inc.

**ORDER**

Good cause appearing, and the parties having stipulated and agreed,

IT IS HEREBY ORDERED that Plaintiff California Sportfishing Protection Alliance's claims against Defendant Oldcastle Precast, Inc., as set forth in the Notice and Complaint filed in Case No. 2:07-cv-02534-WBS-JFM, are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the Court shall retain and have jurisdiction over the Parties with respect to disputes arising under the agreement attached to the Parties' Stipulation to Dismiss as Exhibit 1.

IT IS SO ORDERED

EASTERN DISTRICT COURT OF CALIFORNIA

Dated: December 3, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

956858.2